■ In the Matter of MITCHELL KALWASINSKI, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent. [816 NYS2d 914]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of the Superintendent of Southport Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating the prison disciplinary rules which prohibit unauthorized exchange and possession of contraband. The Attorney General has advised this Court that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (see Matter of Kelly v Commissioner of Dept. of Correctional Servs., 283 AD2d 747 [2001]).

Spain, J.P., Carpinello, Rose, Lahtinen and Kane, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.